IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOEMAR JACKSON #1549556 | § | |
| | § | |
| V. | § | W-21-CA-1128-ADA |
| | § | |
| BOBBY LUMPKIN | § | |

### ORDER OF DISMISSAL

On November 3, 2021, the Court ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis by December 3, 2021. On December 2, 2021, Plaintiff filed a motion to proceed in forma pauperis, but it was deficient in that he failed to provide the Court with a certified six-month history of his inmate trust fund account. On December 6, 2021, the Court ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis, including a certified six-month history of his inmate trust fund account by January 5, 2022. Plaintiff failed to respond to that order. On January 6, 2022, the Court ordered Plaintiff to show cause why his complaint should not be dismissed for want of prosecution or for failure to obey an order of the Court by February 4, 2022. To date, Plaintiff has failed to respond to the Court's order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to respond to the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**

**SIGNED** on February 11, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE